THOMAS P. CHURCHFIELD et al., Appellants, v. KURT E. HOFFMANN et al., Respondents.— Appeal from an order of the Supreme Court, Special Term, Franklin County, denying, in part, plaintiffs' motion for an order vacating a demand for a bill of particulars served by the defendants Hoffmann. Upon the argument of this appeal counsel conceded that paragraph numbered 6 of the demand should be stricken out. Other paragraphs of the demand require the plaintiffs to furnish certified copies of maps, names of certain persons whose

only connection with the action appears to be as prospective witnesses and, in effect, title searches. Such items are not properly obtainable by means of a bill of particulars. Order modified by striking from the demand the paragraphs numbered 3 and 6, the words " and present addresses " in paragraph numbered 2 and the portion of paragraph numbered 2 beginning with the words " and a further statement ", the portion of paragraph numbered 4 beginning with the words " and the names of the employees " and the portion of paragraph numbered 9 beginning with the words " a further statement " and as modified affirmed, without costs. Bergan, J. P., Coon, Halpern, Imrie and Zeller, JJ., concur.